IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02494-PAB-MEH

NICOLE MORGAN,

    Plaintiff,

v.

AURORA PUBLIC SCHOOLS,
MARCUS STANTON, and
ALLEN WILLBON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2009.**

    The Stipulated Motion to Vacate Scheduling Conference Set for February 4, 2009 and to Reset Conference [filed January 28, 2009; docket #10] is **granted**. Counsel for the parties shall conference together and call my Chambers at (303) 844-4507 **on or before February 2, 2009** to obtain an alternate date for the conference.