IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02494-PAB-MEH

NICOLE MORGAN,

      Plaintiff,

v.

AURORA PUBLIC SCHOOLS,
MARCUS STANTON, and
ALLEN WILLBON,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2009.**

      The Joint Motion for Expedited Entry of Protective Order [filed April 20, 2009; docket #33] is **granted**. The Stipulated Protective Order Concerning Confidential Information is filed contemporaneously with this minute order.