IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-02494-PAB-MEH

NICOLE MORGAN,

      Plaintiff,

v.

AURORA PUBLIC SCHOOLS, By and through its Board of Education,
MARCUS STANTON, and
ALLEN WILBON,

      Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WILBON ONLY
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Defendant Allen Wilbon With Prejudice [Docket No. 52].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the motion to dismiss [Docket No. 52] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Allen Wilbon only are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED August 13, 2009.

BY THE COURT:

s/ Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge