IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-02494-PAB-MEH

NICOLE MORGAN,

    Plaintiff,

v.

AURORA PUBLIC SCHOOLS, by and through its Board of Education, and
MARCUS STANTON,

    Defendants.

_____

**ORDER OF DISMISSAL AS TO DEFENDANT AURORA PUBLIC SCHOOLS ONLY**
_____

    THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 54].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 54] is granted.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Aurora Public Schools are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.  It is further

**ORDERED** that Aurora Public Schools' Motion to Dismiss Plaintiff's First Claim for Relief [Docket No. 9] is denied as moot.

DATED August 28, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge