IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-02494-PAB-MEH

NICOLE MORGAN,

    Plaintiff,

v.

MARCUS STANTON,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss With Prejudice [Docket No. 56].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 56] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 3, 2009.

                                                        BY THE COURT:

                                                        s/Philip A. Brimmer         
                                                        PHILIP A. BRIMMER
                                                        United States District Judge